GARNER, Appellant, *vs.* BEAUCHAMP, Respondent.

1. Judgment affirmed because no question of law was ruled below against the appellant.

*Appeal from Oregon Circuit Court.*

Action to recover damages for the breach of an alleged contract. The record shows that the plaintiff offered evidence tending to prove the contract and the breach of it, and no evidence appears to have been offered by defendant. No exception was taken to the admission or rejection of testimony. Two instructions asked by plaintiff were given, and one asked by defendant was refused. The jury found a verdict for the defendant.

No appearance for appellant.

*Woodside*, for respondent.

SCOTT, Judge. This was an action begun in a justice's court, and was taken by appeal to the Circuit Court, where, on a trial *de novo*, there was a judgment for the defendant.

As none of the instructions asked by the defendant were given, and as all those asked by the plaintiff were given, there is no ground on which he can seek a reversal of the judgment.

Judge Ryland concurring, the judgment will be affirmed.